PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket Number (Tran. Court) | 3:20cr141-01 |
| Docket Number (Rec. Court) | **3:22-cr-00252** |

| | | |
|---|---|---|
| Skylar Dayne Goodman<br>Tennessee | District: North Dakota | Division: Fargo |
| | Sentencing Judge: | The Honorable Peter D. Welte |
| | Supervision Dates: | From: 2/18/2021    To: 2/17/2024 |

| Offense: | Count 1: Violence Against Railroad Carrier, in violation of 18 U.S.C. 1992(a)(1); 1992(a)(10); 1992(b)(1); 1992(c)(1)<br>Count 2: Corruptly Attempting to Obstruct an Official Proceeding, in violation of 18 U.S.C. 1512(c)(2) |
|---|---|

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

07/21/2022
*Date*

The Honorable Peter D. Welte
*Chief United States District Court Judge*

\* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 25, 202
*Effective Date*

*United States District Court Judge*