United States District Court
Middle District of Tennessee

Office of the Cler
800 United States Courthouse
801 Broadway
Nashville, Tennessee  37203
(615) 736-7396

**Clerk**
**U.S. District Court**
**Quentin N. Burdick**
 **United States Courthouse**
**655 First Avenue North, Room 130**
**Fargo, ND 58102-4932**

**Re: TRANSFER OF JURISDICTION**
**USA v. Skylar Dayne Goodman**
**District of North Dakota, Fargo  Criminal Case No. 3:20-cr-141-01**
**Assigned Middle District of Tennessee Criminal Case No. 3:22-cr-00252**

Dear Clerk:

     Enclosed  please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **U.S. District Judge William L. Campbell, Jr.**

      **All documents that we need have been retrieved from your website.  It is not necessary for your Court to send any further documentation.**

Sincerely,

*Dalaina Thompson*

Dalaina Thompson
Case Administrator

Enclosure