Query    Reports    Utilities    Help    What's New
Log Out

CLOSED

# U.S. District Court
## District of North Dakota (Eastern)
## CRIMINAL DOCKET FOR CASE #: 3:20-cr-00141-PDW-1

| | |
|---|---|
| Case title: USA v. Goodman | Date Filed: 08/19/2020 |
| | Date Terminated: 02/18/2021 |

Assigned to: Chief Judge Peter D. Welte

### Defendant (1)

| | | |
|---|---|---|
| **Skylar Dayne Goodman**<br>*TERMINATED: 02/18/2021* | represented by | **Chad Pennington**<br>Federal Public Defender Office<br>112 Roberts Street North<br>Suite 200<br>Fargo, ND 58102<br>701-239-5111<br>Fax: 701-239-5098<br>Email: chad_pennington@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender* |

### Pending Counts

18:1992(a)(1), 1992(a)(10), 1992(b)(1), and 1992(c)(1) -

### Disposition

Time served imprisonment with credit for time served; 3

| | |
|---|---|
| VIOLENCE AGAINST RAILROAD CARRIER (1s) | years supervised release; $100 special assessment per Count ($200 total); $3,124 restitution. |
| 18:1512(c)(2) - CORRUPTLY ATTEMPTING TO OBSTRUCT AN OFFICIAL PROCEEDING (2s) | Time served imprisonment with credit for time served; 3 years supervised release; $100 special assessment per Count ($200 total); $3,124 restitution. |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1992(a)(1), 1992(a)(10), 1992(b)(1) and 1992(c)(1) - VIOLENCE AGAINST RAILROAD CARRIER (1) | |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

### Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Jennifer Klemetsrud Puhl**<br>U.S. ATTORNEY'S OFFICE<br>655 1 AVE N STE 250 |

FARGO, ND 58102
701-297-7400
Email: jennifer.puhl@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: USA*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2020 | 1 | SEALED INDICTMENT as to Skylar Dayne Goodman (1) count 1. (Attachments: # 1 Criminal Cover Sheet) (js) (Entered: 08/20/2020) |
| 08/19/2020 | 2 | Redacted Indictment as to Skylar Dayne Goodman. (js) (Entered: 08/20/2020) |
| 08/19/2020 | 3 | REQUEST FOR WARRANT upon filing of indictment as to Skylar Dayne Goodman. (js) (Entered: 08/20/2020) |
| 09/11/2020 |  | Case unsealed as to Skylar Dayne Goodman (pb) (Entered: 09/11/2020) |
| 09/11/2020 | 5 | NOTICE OF HEARING as to Skylar Dayne Goodman: Initial Appearance & Arraignment set for 9/11/2020 at 04:15 PM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (pb) (Entered: 09/11/2020) |
| 09/11/2020 |  | Arrest of Skylar Dayne Goodman (pb) (Entered: 09/11/2020) |
| 09/11/2020 | 6 | Arrest Warrant Returned Executed on 09/11/2020 as to Skylar Dayne Goodman. (pb) (Additional attachment(s) added on 9/11/2020: # 1 Executed Warrant to include Agent's signature) (pb). (Attachment 1 replaced on 9/14/2020 to removed double header on document) (lf). (Entered: 09/11/2020) |
| 09/11/2020 | 7 | Minute Entry for proceedings held before Magistrate |

| | | |
|---|---|---|
| | | Judge Alice R. Senechal: Initial Appearance as to Skylar Dayne Goodman held on 9/11/2020. Arraignment as to Skylar Dayne Goodman (1) Count 1 held on 9/11/2020. Added attorney Chad Pennington for Skylar Dayne Goodman. (DR #200911-000 Goodman) (lc) (Entered: 09/11/2020) |
| 09/11/2020 | 8 | Financial Affidavit by Skylar Dayne Goodman (lc) (Entered: 09/11/2020) |
| 09/11/2020 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Skylar Dayne Goodman by Magistrate Judge Alice R. Senechal. (lc) (Entered: 09/11/2020) |
| 09/11/2020 | 10 | ORDER OF DETENTION Pending Hearing as to Skylar Dayne Goodman by Magistrate Judge Alice R. Senechal. Detention Hearing set for 9/14/2020 at 3:00 PM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (lc) (Entered: 09/11/2020) |
| 09/11/2020 | 11 | PRETRIAL ORDER AND JURY TRIAL NOTICE as to Skylar Dayne Goodman by Magistrate Judge Alice R. Senechal. Jury Trial set for 11/17/2020 at 9:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Trial estimate: 3-4 days. (lc) (Entered: 09/11/2020) |
| 09/14/2020 | 12 | NOTICE OF ATTORNEY APPEARANCE: Chad Pennington appearing for Skylar Dayne Goodman (Pennington, Chad) (Entered: 09/14/2020) |
| 09/14/2020 | 13 | Request pursuant to Rule 404(b) as to Skylar Dayne Goodman (Pennington, Chad) (Entered: 09/14/2020) |
| 09/14/2020 | 14 | Request for Notice pursuant to Rule 609(b) as to Skylar Dayne Goodman (Pennington, Chad) (Entered: 09/14/2020) |
| 09/14/2020 | 15 | Request for Notice pursuant to Rule 807(b) as to Skylar Dayne Goodman (Pennington, Chad) (Entered: 09/14/2020) |
| 09/14/2020 | 17 | Minute Entry for proceedings held before Magistrate |

| | | |
|---|---|---|
| | | Judge Alice R. Senechal: Detention Hearing as to Skylar Dayne Goodman held on 9/14/2020. Order setting conditions of release to be filed. (DR #200914-000 Goodman) (lc) (Entered: 09/14/2020) |
| 09/14/2020 | 18 | ORDER Setting Conditions of Release as to Skylar Dayne Goodman on Personal Recognizance Bond by Magistrate Judge Alice R. Senechal. (lc) (Entered: 09/14/2020) |
| 09/15/2020 | 19 | STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER as to Skylar Dayne Goodman by Magistrate Judge Alice R. Senechal. (js) (Entered: 09/15/2020) |
| 10/21/2020 | 20 | SEALED SUPERSEDING INDICTMENT as to Skylar Dayne Goodman (1) count(s) 1s, 2s. (Attachments: # 1 Criminal Cover Sheet) (pb) (Entered: 10/22/2020) |
| 10/21/2020 | 21 | Redacted Superseding Indictment as to Skylar Dayne Goodman. (pb) (Entered: 10/22/2020) |
| 10/21/2020 | 22 | REQUEST FOR WARRANT upon filing of superseding indictment as to Skylar Dayne Goodman (pb) (Entered: 10/22/2020) |
| 10/23/2020 | 24 | PROBATION FORM PS8 Petition for Action on Conditions of Pretrial Release regarding Skylar Dayne Goodman. Court orders the issuance of a Warrant by Magistrate Judge Alice R. Senechal. (sj) (Entered: 10/23/2020) |
| 10/23/2020 | 26 | ORDER TO CONTINUE - Ends of Justice as to Skylar Dayne Goodman by Chief Judge Peter D. Welte. Jury Trial reset for 3/23/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte (3-4 days). Previously set for 11/17/2020. (MK) (Entered: 10/23/2020) |
| 11/03/2020 | | Arrest of Skylar Dayne Goodman in Eastern District of Arkansas (Central Division). (lf) (Entered: 11/05/2020) |
| 11/05/2020 | | Case unsealed as to Skylar Dayne Goodman. (lf) (Entered: |

| | | |
|---|---|---|
| | | 11/05/2020) |
| 11/05/2020 | 27 | Rule 5(c)(3) Documents Received from the Eastern District of Arkansas (Central Division) as to Skylar Dayne Goodman. (Attachments: # 1 Notice of Video Hearing, # 2 Clerk's Minutes of Initial Appearance, # 3 Order Appointing Counsel, # 4 Order Scheduling Detention Hearing, # 5 Clerk's Minutes of Detention Hearing)(lf) (Entered: 11/05/2020) |
| 11/10/2020 | 28 | Arrest Warrant Returned Executed on 11/3/2020 as to Skylar Dayne Goodman. (sj) (Additional attachment(s) added on 11/20/2020: # 1 Secondary Executed Warrant Supplied by USMS) (pb). (Entered: 11/10/2020) |
| 11/12/2020 | 29 | NOTICE OF HEARING as to Skylar Dayne Goodman: Arraignment set for 11/13/2020 at 10:00 AM in Fargo Courtroom 2 to Bismarck Courtroom 1 before Magistrate Judge Alice R. Senechal. Pretrial Release Revocation Hearing set for 11/13/2020 at 10:00 AM in Fargo Courtroom 2 to Bismarck Courtroom 1 before Magistrate Judge Alice R. Senechal. NOTE: Judge Senechal, counsel, and defendant in Fargo. Courtroom Deputy Reile in Bismarck. USPO Nelson via phone.(lc) (Entered: 11/12/2020) |
| 11/13/2020 | 30 | Minute Entry for proceedings held before Magistrate Judge Alice R. Senechal: Arraignment as to Skylar Dayne Goodman on Count 2s held on 11/13/2020. Pretrial Release Revocation Hearing as to Skylar Dayne Goodman continued by Court on 11/13/2020. (DR #201113-001.Goodman.mp3) (jr) (Main Document 30 replaced on 11/16/2020 to correct attorney name. NEF regenerated.) (lf). (Entered: 11/13/2020) |
| 11/13/2020 | 31 | NOTICE OF HEARING as to Skylar Dayne Goodman: Continued Pretrial Release Revocation Hearing set for 11/20/2020 at 10:00 AM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (lc) (Entered: 11/13/2020) |

| | | |
|---|---|---|
| 11/18/2020 | 32 | AMENEDED PROBATION FORM PS8 Petition for Action on Conditions of Pretrial Release regarding Skylar Dayne Goodman by Magistrate Judge Alice R. Senechal. (lf) Modified on 11/18/2020 to add "amended" to the docket entry (lf). (Entered: 11/18/2020) |
| 11/19/2020 | 33 | PLEA AGREEMENT as to Skylar Dayne Goodman (Puhl, Jennifer) (Entered: 11/19/2020) |
| 11/19/2020 | 34 | PLEA AGREEMENT SUPPLEMENT as to Skylar Dayne Goodman re 33 Plea Agreement. (Puhl, Jennifer) (Entered: 11/19/2020) |
| 11/19/2020 | | Deadlines and Hearings Terminated as to Skylar Dayne Goodman. Jury Trial set for 3/23/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte is CANCELLED. (sj) (Entered: 11/19/2020) |
| 11/19/2020 | 35 | NOTICE OF HEARING as to Skylar Dayne Goodman: Change of Plea Hearing set for 11/20/2020 at 01:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (MK) (Entered: 11/19/2020) |
| 11/19/2020 | | Deadlines and Hearings Terminated as to Skylar Dayne Goodman. Continued Pretrial Release Revocation Hearing set for 11/20/2020 at 10:00 AM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal is CANCELLED per Plea Agreement at 33 . (pb) (Entered: 11/19/2020) |
| 11/20/2020 | 36 | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Change of Plea Hearing held on 11/20/2020 as to Skylar Dayne Goodman. Skylar Dayne Goodman Guilty Counts 1s,2s. (Court Reporter kk) (lh) (Entered: 11/20/2020) |
| 11/20/2020 | 37 | NOTICE OF HEARING as to Skylar Dayne Goodman: Sentencing set for 2/18/2021 at 11:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (lh) (Entered: 11/20/2020) |

| 02/10/2021 | 38 | PRESENTENCE INVESTIGATION REPORT as to Skylar Dayne Goodman (Attachments: # 1 Victim Impact Statement)(kc) (Entered: 02/10/2021) |
|---|---|---|
| 02/17/2021 | 40 | STATUS REPORT by Skylar Dayne Goodman (Nelson, Meghan) (Entered: 02/17/2021) |
| 02/18/2021 | 41 | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Sentencing as to Skylar Dayne Goodman held on 2/18/2021 (Court Reporter kk) (lh) (Entered: 02/18/2021) |
| 02/18/2021 | 42 | JUDGMENT by Chief Judge Peter D. Welte as to Skylar Dayne Goodman, Counts 1s,2s: Time served imprisonment with credit for time served; 3 years supervised release; $200 special assessment; $3,124 restitution. (lh) (Entered: 02/18/2021) |
| 02/19/2021 | 43 | STATEMENT OF REASONS re 42 Judgment as to Skylar Dayne Goodman by Chief Judge Peter D. Welte. (lh) (Entered: 02/19/2021) |