IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| SKYLAR DAYNE GOODMAN | Violations:  18 U.S.C. §§ 1992(a)(1), 1992(a)(10), 1992(b)(1), and 1992(c)(1) |

**Violence Against Railroad Carrier**

The Grand Jury Charges:

On or about May 7, 2020, in the District of North Dakota,

SKYLAR DAYNE GOODMAN

did knowingly and without lawful authority or permission, attempt to wreck, derail, and disable railroad on-track equipment and a mass transportation vehicle, and such conduct did affect the Burlington Northern Santa Fe (BNSF) Railway, a railroad carrier engaged in interstate and foreign commerce, and the BNSF railroad on-track equipment and mass transportation vehicle was carrying a passenger and employee at the time of the offense;

In violation of Title 18, United States Code, Sections 1992(a)(1), 1992(a)(10), 1992(b)(1) and 1992(c)(1).

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Drew H. Wrigley_____
DREW H. WRIGLEY
United States Attorney

JKP/ljc